IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------------X
DUSTIN SURI,

                     Plaintiff,                      **Case No. 3:20-CV-01694-OAW**

       -against-

WOLTERS KLUWER ELM SOLUTIONS, INC.,
JONAH PARANSKY, BARRY ADER,
KAREN SEKLEY-D'ANDREA, and
LISA WEREMEICHIK,                                    FEBRUARY 11, 2022
                    Defendants.
------------------------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE

Attorney Christopher J. Berlingieri, Esq. counsel for Plaintiff Dustin Suri ("Plaintiff"), files this Motion to Withdraw Appearance pursuant to L. Civ. R. 7(e), and in support thereof states:

1.    Plaintiff engaged Berlingieri Law, PLLC ("Berlingieri Law, PLLC") to represent him in the above-captioned matter. The undersigned Counsel is an attorney at Berlingieri Law, PLLC and filed an appearance on behalf of Plaintiff on December 10, 2020. (ECF No. 16) and a motion to substitute attorney for Plaintiff's prior counsel. (ECF No. 17). The Court granted the motion to substitute attorney on December 17, 2020. (ECF No. 19).

2.    The undersigned Counsel now moves to withdraw his appearance on behalf of Plaintiff.

3.    While Plaintiff has known about the imminence of the filing of this Motion to Withdraw, Plaintiff has not filed an individual appearance, and no other counsel has appeared on behalf of Plaintiff. Good cause exists for granting this motion, because the attorney-client relationship has broken down irreparably, precluding the undersigned Counsel from continuing to provide legal representation to Plaintiff in this matter.

1

4.   Pursuant to L. Civ. R. 7(e), the undersigned Counsel has provided written notice to Plaintiff, by email and a copy of this motion has been sent to Plaintiff via certified mail on February 10, 2022, that he has asked to withdraw his appearance and that, if granted, Plaintiff's failure to either engage successor counsel or file a personal appearance will result in the granting of the Motion to Withdraw and may result in a dismissal or default being entered against him.

Respectfully submitted,

/s/*Christopher J. Berlingieri*
Christopher J. Berlingieri
(ct 30335)
BERLINGIERI LAW, PLLC
*Attorneys for Plaintiff*
244 Fifth Avenue, Suite F276
New York, New York 10001
Tel.:(347) 766-5105
Email: cjb@nyctlaw.com

## CERTIFICATION OF SERVICE

      I hereby certify that on February 11, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated below. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      */s/Christopher J. Berlingieri*

      Christopher J. Berlingieri