UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

———————————————————————x
DUSTIN SURI,
:
              Plaintiff,
: Case No. 3:20-cv-01694
v.
:
WOLTERS KLUWER ELM
SOLUTIONS, INC., BARRY ADER,
: February 17, 2023
KAREN SEKLEY-D'ANDREA, and
LISA WEREMEICHIK,
:
              Defendants.
:
———————————————————————x

**NOTICE OF RECEIPT OF PAYMENT OF SANCTIONS IN ACCORDANCE WITH THIS COURT'S JANUARY 20, 2023 ORDER, DOCKET NUMBER 105.**

Defendants, Wolters Kluwer ELM Solutions, Inc., Barry Ader, Karen Sekley-D'Andrea, and Lisa Weremeichik ("Defendants"), by their counsel, Epstein Becker & Green, P.C., file this Notice to acknowledge receipt from Plaintiff's counsel of payment of the sanctions ordered by this Court in its Order, dated January 20, 2023, Docket No. 105.

              Respectfully Submitted,

              **EPSTEIN BECKER & GREEN, P.C.**
              Attorneys for Defendants
              Wolters Kluwer ELM Solutions, Inc., Barry Ader, Karen Sekley-D'Andrea, and Lisa Weremeichik

By: */s/ Elizabeth S. Torkelsen*
      Elizabeth S. Torkelsen (ct15210)
      One Landmark Square, Suite 1800
      Stamford, Connecticut 06901
      Telephone: (203) 326-7417
      Facsimile: (203) 326-7580
      Email: etorkelsen@ebglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel and pro se parties of record, via electronic mail by operation of the Court's electronic filing system, or via electronic mail on those parties unable to accept electronic filing, including to:

Patrick A. Klingman (ct17813))
**KLINGMAN LAW, LLC**
280 Trumbull Street, Floor 21
Hartford, Connecticut 06103-3514
Telephone: (860) 256-6120
E-mail: pak@klingmanlaw.com

Marshall B. Bellovin *(pro hac vice)*
Edward M. Tobin *(pro hac vice)*
**BALLON STOLL, P.C.**
810 Seventh Avenue, Suite 405
New York, New York 10019
Telephone: (212) 575-7900
mbellovin@ballonstoll.com
etobin@ballonstoll.com

*Attorneys for Plaintiff, Dustin Suri*

                                              /s/ *Elizabeth S. Torkelsen*
                                              Elizabeth S. Torkelsen