**From:** Suri, Dustin
**Sent:** Thursday, May 3, 2018 9:05 AM
**To:** Rogers, Gail <Gail.Rogers@wolterskluwer.com>; Umasankar, Kavitha <Kavitha.Umasankar@wolterskluwer.com>
**Subject:** Managing Director - Professional Services #18-20150 & 18-20299 - Director of Product Management

Good Morning Gail & Kavitha,

I hope that this email finds you well.

My name is Dustin Suri. I joined WK-ELM back in February of this year. I am based out of the Hartford, CT office but travel between Chicago and Hartford. I am on the Marketing Team under Karen Sekley-D'Andrea. When I interviewed with Karen, she knew that I was at the Director/VP level and was fully aware that I interviewed with WK-CT many years ago in NYC for a Director/VP position and went through a lengthy process and the role was given to an internal candidate. I was eager to get in with WK ever since then and kept my ear to the ground. I know that I have been with WK a short time, however, I do believe that I bring significant value to the firm especially with my coming over from Thomson Reuters where I was responsible for leading the marketing/product development side of the Professional Services offering in addition to several law firm operational offerings.

With that said, I feel that I am uniquely qualified for the two roles – Managing Director – Professional Services & Director of Product Management – that are available within ELM. I do find that my current position is a bit narrow focused and that my contributions are limited in scope and that I want to be able to provide greater value to the organization.

I am attaching my resume here for your review and would welcome a conversation and to understand what the process is here for consideration. I believe that I did submit for these through the internal portal and have not heard anything.

Thank you,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions
20 Church Street
14th Floor

Hartford, CT 06103
T: 860-240-9032
dustin.suri@wolterskluwer.com



www.wkelmsolutions.com

www.wolterskluwer.com

D000124