## Rogers, Gail

**From:** Suri, Dustin
**Sent:** Sunday, May 6, 2018 12:54 PM
**To:** Rogers, Gail
**Subject:** Thank you

Hi Gail, thank you again for taking the time to speak with me yesterday. It was great being able to connect. Just wanted to let you know that I will certainly take things forward from here and keep you in the loop as I have conversations. I am looking forward to meeting you in a little over a week.

Best,

Dustin Suri
Tel: 646.407.6044

1

D000130