**From:** "Suri, Dustin" <Dustin.Suri@wolterskluwer.com>
**Date:** Wednesday, May 30, 2018 at 2:00 PM
**To:** "Ader, Barry" <Barry.Ader@wolterskluwer.com>
**Cc:** "Sekley-Dandrea, Karen" <Karen.Sekley-Dandrea@wolterskluwer.com>, "Suri, Dustin" <Dustin.Suri@wolterskluwer.com>
**Subject:** Role

Hi Barry,

I am reaching out to you directly and have copied in Karen. I have really tried to be flexible in regards to the evolution of my role since I have joined. Just a little while ago, I was told that I now need to be a graphic designer as part of my function. This is not the strategic, thought, marketing driven 'change agent' that was discussed with you or Karen and was said was wanted.

Karen last week called me and discussed that my approach at the Off-Site was presented as 'angry.' Well, it is unfortunate that it is how that was received. Frustrated has been the word. My intention was to help create thoughtful dialogue and look at where there were gaps – sparked by Pragmatic Marketing. Since my arrival, there has been no clear definition for my role and I have had to be entrepreurial in my approach to work. Yet, I am told that I am not doing the work that is aligned and the majority of my suggestions get met with a 'no,' resistance of some sort or being told 'we have a template.'

I am really trying to be agile and flexible, while still providing value. Being asked to now take on the creation of presentations from what an internal Creative Services team does is far-reaching for me. I am not looking to jump ship here and just bail out.

I am asking for your help as I tired of hitting a brick wall. I respect you, Karen, and the team immensely. If I didn't see the potential for amazing success, I would have not joined and this is where my passion comes from.

Best,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions
20 Church Street

14th Floor
Hartford, CT 06103
T: 860-240-9032
dustin.suri@wolterskluwer.com



www.wkelmsolutions.com

www.wolterskluwer.com