EX. 25

| | |
|---|---|
| **From:** | Weremeichik, Lisa |
| **To:** | Sekley-Dandrea, Karen |
| **Subject:** | Fwd: Sales Huddle Deck - Passport 18.1 - version 2 |
| **Date:** | Thursday, June 7, 2018 4:29:41 PM |
| **Attachments:** | Passport Sales Huddle 06-15-18 - Draft v2 - LW.pptx |
| | ATT00001.htm |

Hi Karen -

FYI - The sales huddle deck version 2 that Dustin sent over - was pretty disappointing. Please look at the work product attached - the quality and the messaging seems very incomplete and not what I would expect from a sr. manager level.

He seems more interested in doing law firm stuff than this project - he just initiated a survey monkey request with Kevin Romeis (I don't think I was aware of) and now we are talking about law firm day tomorrow with him .
Just sharing my thoughts,

Thanks,
Lisa

Sent from my iPhone

Begin forwarded message:

> **From:** "Weremeichik, Lisa" <Lisa.Weremeichik@wolterskluwer.com>
> **To:** "Suri, Dustin" <Dustin.Suri@wolterskluwer.com>
> **Subject: RE: Sales Huddle Deck - Passport 18.1 - version 2**
>
> Hi Dustin,
> See my comments within – please update and start sending this around for PM reviews. Please ask Kevin for his help in clarifying the security and performance slides.
> Overall – I think there is some items missing, incomplete or not enough information on
> – quick search, search – didn't see much in the ways of messaging (I think you had more in your doc).
> Collaboration – the story line and benefits need to come thru stronger
> Mobile – was just a bullet point
> CP 18.1 – I didn't see anything specific for this – it might have been part of the security slide that needs rework. Suggest to add a slide for CP.
> We can talk thru this if you would like in the morning .
> Thanks,
> Lisa
>
> **From:** Suri, Dustin
> **Sent:** Wednesday, June 06, 2018 4:44 PM
> **To:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>
> **Subject:** Sales Huddle Deck - Passport 18.1 - version 2
> Hi Lisa,

Attached is draft 2 of the Sales Huddle Deck. I have updated the majority of the deck. I did not touch the slides that would be for Jared H. or Jenn V. I have not sent this to them to input their content as of yet. I am hoping to send to them at some point tomorrow so that they have some time to get in their elements. I wanted to ensure that my slides are in a good position.

Thanks,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions

20 Church Street

14th Floor

Hartford, CT 06103

T: 860-240-9032

dustin.suri@wolterskluwer.com

www.wkelmsolutions.com
www.wolterskluwer.com

EX. 26

| | |
|---|---|
| **From:** | Weremeichik, Lisa |
| **To:** | Sekley-Dandrea, Karen |
| **Subject:** | 18.1 sales huddle deck v 1 |
| **Date:** | Thursday, June 7, 2018 4:53:09 PM |
| **Attachments:** | Passport Sales Huddle 06-15-18.pptx |
| | ATT00001.htm |

Hi Karen

This was the first draft Dustin provided - it seemed to be a cut and paste from pm presentations mainly.

This was a poor solid first draft in my view. The second draft that I sent to you, even with my direction and feedback proved to be poor quality in execution as well.

Thanks
Lisa

Sent from my iPhone

Begin forwarded message:

> **From:** "Suri, Dustin" <Dustin.Suri@wolterskluwer.com>
> **To:** "Weremeichik, Lisa" <Lisa.Weremeichik@wolterskluwer.com>
> **Subject: Updated Deck**
>
> Hi Lisa,
>
> Please use this deck to look at since I sent you last night as I pulled in some of the slides that Maria Parkos shared with us. Thanks,
>
> Dustin Suri
> Sr. Product Marketing Manager, Growth Solutions
> ELM Solutions
>
> 20 Church Street
>
> 14th Floor
>
> Hartford, CT 06103
>
> T: 860-240-9032
>
> dustin.suri@wolterskluwer.com
>
> 
>
> www.wkelmsolutions.com
> www.wolterskluwer.com

D000078

EX. 27

| | |
|---|---|
| **From:** | Weremeichik, Lisa |
| **To:** | Sekley-Dandrea, Karen |
| **Subject:** | FW: Passport Collaboration Module Slick - for Passport 18.1 |
| **Date:** | Tuesday, June 12, 2018 12:56:12 PM |

Hi Karen,

This is an example of Dustin not following direction and creating extra work for the team.

My edits are were not incorporated, and now Kevin is going to have to make more edits to this document. The last version did not include any of my comments.

Thanks,

Lisa

**From:** Weremeichik, Lisa
**Sent:** Tuesday, June 12, 2018 12:35 PM
**To:** Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Subject:** RE: Passport Collaboration Module Slick - for Passport 18.1

Hi,

We need to make this easy for Kevin – he won't have much time for rounds of edits.

Please incorporate all known edits for this round (including mine) and if there are any small things from PM that need a final tweak, then you can provide that to Kevin in the end.

Thanks,

Lisa

**From:** Suri, Dustin
**Sent:** Tuesday, June 12, 2018 12:10 PM
**To:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>
**Subject:** RE: Passport Collaboration Module Slick - for Passport 18.1

Hi Lisa,

I was planning to have your edits incorporated on the next round as I also need to have Product Management review for the next round as well. Thanks,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions

20 Church Street

14th Floor

Hartford, CT 06103

T: 860-240-9032

dustin.suri@wolterskluwer.com



www.wkelmsolutions.com
www.wolterskluwer.com

**From:** Weremeichik, Lisa

D000204

**Sent:** Tuesday, June 12, 2018 10:54 AM
**To:** Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Subject:** RE: Passport Collaboration Module Slick - for Passport 18.1
Hi Dustin,
Please make sure my edits are included in the round that Kevin does – we need to remove the appeals. And make some other edits.

**From:** Suri, Dustin
**Sent:** Tuesday, June 12, 2018 10:52 AM
**To:** Romeis, Kevin <Kevin.Romeis@wolterskluwer.com>; Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>
**Cc:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Passport Collaboration Module Slick - for Passport 18.1
Hi Kevin,
I would ask you to please use the copy I sent you. We need to then let Product Management see it laid out and message it around for final review. It is hard for internal stakeholders to understand the overall flow without seeing it in the template and seeing the overall picture. Thanks,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions

20 Church Street

14th Floor

Hartford, CT 06103

T: 860-240-9032

dustin.suri@wolterskluwer.com



www.wkelmsolutions.com
www.wolterskluwer.com

**From:** Romeis, Kevin
**Sent:** Tuesday, June 12, 2018 10:21 AM
**To:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>; Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Cc:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Passport Collaboration Module Slick - for Passport 18.1
Can you send me a final final
Kevin Romeis
Senior Manager, Marketing Communications
Wolters Kluwer ELM Solutions

**From:** Weremeichik, Lisa
**Sent:** Tuesday, June 12, 2018 9:20 AM

D000205

**To:** Suri, Dustin <Dustin.Suri@wolterskluwer.com>; Romeis, Kevin
<Kevin.Romeis@wolterskluwer.com>
**Cc:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Passport Collaboration Module Slick - for Passport 18.1
Hi Dustin,
I had a few edits on the original. Can you incorporate for the next round changes. Agree 2 pages is better.

**From:** Suri, Dustin
**Sent:** Tuesday, June 12, 2018 9:47 AM
**To:** Romeis, Kevin <Kevin.Romeis@wolterskluwer.com>
**Cc:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>; Sekley-Dandrea, Karen
<Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Passport Collaboration Module Slick - for Passport 18.1
Hi Kevin,
Thanks for turning this around so quickly. I have taken a further look at all of the copy within the slick. I want to keep this to a maximum of a two page (front/back) slick and not take it to a 3rd page. Attached is my streamlined version. I would like us to keep to the template that we use where the Key Benefits is off on the left. I have just reduced the center flanked copy and worked things to be consistent with 3 bullets in each collaboration tool. Take a look at the attached and use what I have here to modify as I believe it should bring this down to the two pages (front/back). If you can modify based on this, that would be great.
Thanks again. Best,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions

20 Church Street

14th Floor

Hartford, CT 06103

T: 860-240-9032

dustin.suri@wolterskluwer.com



www.wkelmsolutions.com
www.wolterskluwer.com
**From:** Romeis, Kevin
**Sent:** Monday, June 11, 2018 11:53 PM
**To:** Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Cc:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>; Sekley-Dandrea, Karen
<Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Passport Collaboration Module Slick - for Passport 18.1

D000206

Dustin,

Please review.

**Kevin Romeis**

Senior Manager, Marketing Communications

Wolters Kluwer ELM Solutions

**From:** Suri, Dustin
**Sent:** Monday, June 11, 2018 5:31 PM
**To:** Romeis, Kevin <Kevin.Romeis@wolterskluwer.com>
**Cc:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>; Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Subject:** Passport Collaboration Module Slick - for Passport 18.1

Hi Kevin,

Attached is a current Passport Collaboration Module Slick that I am needing updating in support of the Passport 18.1 Launch. I have scanned in the PDF of the current slick and crossed off what needs to be removed. Everything in the Word document needs to be inserted into the respective area. Please let me know if you need more clarity from me on this document. If you can send this back to me as soon as it can be completed.

Thank you,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions

20 Church Street

14th Floor

Hartford, CT 06103

T: 860-240-9032

dustin.suri@wolterskluwer.com



www.wkelmsolutions.com
www.wolterskluwer.com

EX. 28

---

**From:** Weremeichik, Lisa
**Sent:** Tuesday, June 12, 2018 10:28 PM
**To:** Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Cc:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Passport 18.1 Sales Huddle Presentation

Hi Dustin,

Thanks for sending over.   Attached are both my comments and Karen's combined.

- Overall we need to tightened up some – we need a slide or two on introducing the release, when coming, why we are doing – customer exp, heard from clients, the change in approach/ release strategy ( the storyline),  vs. jumping right into the versioning.   Otherwise the flow works well.

- Some areas still need more benefit / value to come through

- Marketing materials – provide links to materials that are ready for Friday.  Include links to the Passport mobile materials that exist already.

    *Since we are going to have some materials post-huddle (we may want to do a quick touch base on next week's huddle 6/22 as a follow up to give them the rest of the materials and any updates / direction related to the versioning comms if needed).  Let's bring that up with the team.*

- Internationalization and the quick search – see Karen's comments

- *Overall formatting is a little choppy, need to make slides look more consistent – ie. footers are on some pages, and not others, don't match the content on the slides (suggest to just remove them all together).   Headline consistency in terms of fonts, etc.  See some of the comments within.*

Let me know of any questions – and if you want to discuss tomorrow morning.   Once you have a clean copy and addressed above, let's get it to Matt tomorrow by COB or earlier (cc me and Karen).

Best,
Lisa

D000062

**From:** Suri, Dustin
**Sent:** Tuesday, June 12, 2018 12:42 PM
**To:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>; Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Cc:** Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Subject:** Passport 18.1 Sales Huddle Presentation

Hi Karen & Lisa,

Attached please find the Passport 18.1 Sales Huddle Presentation Deck with all elements from Product Management, Product Operations (Jared H.), and Product Marketing (Jenn V. on Evergreen and myself).  If you can please provide your collected comments tomorrow – Wednesday – by Noon ET, that would be great.

Please know that this presentation has been reviewed by Kevin Caulfield as well as all individual Product Owners.  This has not been sent to Matt Kivlin, per Lisa's request.

Thank you,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions

20 Church Street

14th Floor

Hartford, CT 06103

T: 860-240-9032

dustin.suri@wolterskluwer.com

 Wolters Kluwer

www.wkelmsolutions.com
www.wolterskluwer.com

D000063

EX 32

| | |
|---|---|
| **From:** | Weremeichik, Lisa |
| **To:** | Sekley-Dandrea, Karen |
| **Subject:** | FW: Legal holds preso |
| **Date:** | Wednesday, August 29, 2018 5:21:17 PM |
| **Attachments:** | Legal Hold Customer Facing Presentation.pptx |

Hi Karen -

I let Dustin know that this needs work prior to sharing with sales.  Unfortunately, I'm not going to have time to sit down and revise this with him before tomorrow's huddle.  I have a dr. appt in the morning .  it might need to be shared with sales post huddle at this point.

I am a bit surprised by some of the quality of the messaging  on his projects - we should talk about areas of opportunity for skills development.

He let me know that he sent the LH deck to david for design because of the feedback from sales team that our decks were too copy heavy - !  I reminded him that that product marketing owns the message and the copy.  The designer can help with the visuals.

I  let him know about the timeline on turnaround and reminder that I need to see the materials.  (not only to minimize any back and forth with the designer, but for other obvious reasons )


-----Original Message-----
From: Suri, Dustin
Sent: Wednesday, August 29, 2018 5:52 PM
To: Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>
Subject: RE: Legal holds preso

Here is the Client Facing Presentation that I sent over.

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions ELM Solutions
20 Church Street
14th Floor
Hartford, CT 06103
T: 860-240-9032
dustin.suri@wolterskluwer.com


www.wkelmsolutions.com
www.wolterskluwer.com


-----Original Message-----
From: Weremeichik, Lisa
Sent: Wednesday, August 29, 2018 5:40 PM
To: Suri, Dustin <Dustin.Suri@wolterskluwer.com>
Subject: Legal holds preso

Hi Dustin -

Is there something critical you are asking for from David on design? We need to provide more lead time next time around .

Curious - what did you ask from him?

Can you send over the final materials?

Thx.
Lisa

Sent from my iPhone

D000185

EX. 33

**From:** Weremeichik, Lisa
**Sent:** Monday, September 17, 2018 12:02 PM
**To:** Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Subject:** RE: Passport 18.2 Messaging Document

Hi Dustin,

Some of my comments are enclosed – I did not get to everything, I stopped around CP.   We need to work on this.

You can see my comments are thematically similar to many of the pieces of feedback I've provided in past on messaging.   We need to follow some more messaging structure where possible:   feature name:  lead with the verb to describe, the feature / benefit and value.  as an example.

Let me know if you want to connect to work thru this afternoon.

Best,
Lisa

**From:** Suri, Dustin
**Sent:** Sunday, September 16, 2018 8:20 PM
**To:** Caulfield, Kevin <Kevin.Caulfield@wolterskluwer.com>; Caputo, Antonio <Antonio.Caputo@wolterskluwer.com>; Fadulu, Tony <Tony.Fadulu@wolterskluwer.com>; Boudreaux, Michael <Michael.Boudreaux@wolterskluwer.com>; Bender, Jason <Jason.Bender@wolterskluwer.com>; Landivar, JC <Juan.Landivar@wolterskluwer.com>; Solomon, Jeffrey <Jeffrey.Solomon@wolterskluwer.com>; Beck, Ken <Ken.Beck@wolterskluwer.com>; Parkos, Maria <Maria.Parkos@wolterskluwer.com>
**Cc:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>; Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Subject:** Passport 18.2 Messaging Document

Hi Team,

Attached is the latest draft of the messaging that I have pulled together in support of Passport 18.2. This document includes the messaging for all applications that are packed into the release minus Legal Holds that has been provided to Product Marketing through the numerous iterations of the Launch Evaluation Form.  The Product Owners have all already seen this document and <u>approved</u>

D000041

the written content, with the exception of the Analytics & Reporting team since we just had conversations late last week.

At this point, I would like to ask that the Product Owners have a last look at the attached tomorrow, Monday, 9/17/18.  As we are needing to move in parallel paths on preparing decks for the User Conference, Sales Huddle, as well as Sales Enablement tools, I am going to ask for any last feedback from Product Management by end of day tomorrow.

Thank you,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions

20 Church Street

14th Floor

Hartford, CT 06103

T: 860-240-9032

dustin.suri@wolterskluwer.com



www.wkelmsolutions.com
www.wolterskluwer.com



| DELIVERABLE NAME | ELM Passport 18.1 Product Messaging |
| --- | --- |
| DELIVERABLE TYPE | Messaging Document |
| TARGET AUDIENCE | Existing clients; focus on client requests for specific features |
| DELIVERY METHOD | n/a |
| DELIVERY/PUBLICATION DATE | n/a |
| AUTHOR | Dustin Suri |
| REVIEWERS (use first column to indicate completed review/approval, use last column for date of review/approval) | Product Management, Linda Cardwell (New Logo), Kristine Maremont (Account Management), Angie Ball (Customer Service), Jay Kiros (Sales Engineering) |
| | Lisa Weremeichik |
| | Karen Sekley-D'Andrea |

**Passport® 18.1 –** ~~The~~ An ~~evolution to our~~ **most powerful** platform for **Enterprise Legal Management** ~~platform just got better.  Enhancing a time-tested, well regarded application across four key functional areas: 18.1 marks the start of an exciting and newly redefined release strategy for Passport.  New programs, new features and capabilities are all designed to bring greater value to your operations and enhance your Passport experience.~~

~~What's New with Passport 18.1~~

~~Passport Evergreen Program~~

Usability
- Optimizing the user experience.
  - ~~Global Search enhancements:~~
    - ~~R~~Users can ~~r~~educe data search time using a new global 'google-like' text field search feature to quickly locate required information for ~~object categories.~~ Matter description~~s~~, narratives, and case numbers.
    - ~~Quick Search:~~ An intuitive list search will also be added to every list on the desktop application of 18.1 to find any alphanumeric value displayed on a list column in one easy step.
  - ~~Password resets are now a breeze / or simplified  - Make to DIY (do- it yourself)~~ Users can self-administer password changes through the newly created 'Password Reset' link on login page.  No more need to contact Customer Support for simple password changes.
  - Greater flexibility in customizing dashboard displays with relevant data for the current business need.
  - Emails associated with matters in Passport can now be stored and consolidated, along with documents, in third party document management systems.
  - Delivering on our promise to bring the most current LEDES standards to you.  With XML 2.1 LEDES Format Support, invoice file submission can now contain tax types, tax total for each line item, more than one tax type per line item, law firm and client address.
  - Passport administrators can manage an association's employee connection to the Collaboration Module.  Administrators can enable new employees to utilize the module, update an employee's role, primary and primary email address.
  - With the introduction of the Appeals Module 2.2, clients can view Private Matter Invoices, documents can be uploaded to Appealed Invoices, and adjusted line items can be rejected.
  - Budget 3.0 allows law firms to initiate a budget request for matters that they are assigned.  Our new Passport 18.1 user interface allows for easier budget creation, an ability to create multiple Budgets for collaboration, and improved error messaging.

Mobility
- Access anytime, anywhere.

Confidential

**Commented [LW1]:** Include from Jen

**Commented [LW2]:** What does this google like mean in this context?

**Commented [LW3]:** This needs to be more clearly explained and a stronger benefit statement that gets to solving the issue of what use to take like 10 filters now can be completed in one or two steps.

These are global search enhancements with quick search?

**Commented [LW4]:** Is there a CAPCHA or other security features for this?

**Commented [LW5]:** What is customizing dashboard displays mean?

**Commented [LW6]:** Which third party systems?  What is benefit of this, why important?

**Commented [LW7]:** What is the benefit of this?  why important?

**Commented [LW8]:** Suggest to put collaboration features under collaboration module enhancements or collaboration umbrella -  appeals and budgets is part of the collaboration module  - I think we need to get away from calling the appeals and budget their own modules (this is a PM thing and maybe an operations / services engagement thing), from a positioning and messaging standpoint they are part of the capabilities / features of the collaboration module.  If you don't have the collaboration module, you cant' have the appeals or budget capability.

**Commented [LW9]:** Stronger benefit statements – per earlier comments, why is this important?  The budgeting initiation from the firms seems like a big change – this should provide clients with better service form their firms, more accountability, predictability in spend etc.  we need to probe more from PM on why this is such an important capability and ensure it is messaged so the benefits to the pain points on this come thru stronger.

**Commented [LW10]:** If we are putting mobile in here – we need to ensure that the established messaging and features are outlined – reference to the existing info on Passport Mobile.



- o   Passport 18.1 is available for android and iOS portable devices and tablets.
- o   Blackberry access is now supported in the release of 18.1 through the addition of the Mobility Management Software.

<u>Security</u>
- • ~~Compliance with GDPR. Minimizing financial loss and reputational risk.~~
  - o   With regulations like GDPR, EU citizens' data now has a variety of protections. Separate from being in the European Union or complying with a regulation, GDPR provides a framework for managing different aspects of data security.  It is more important than ever to protect customer's/user's personal identifiable information (PII).

> **Commented [LW11]:** Please use or reference one of our established / approved sentences for how we've spoken about GDPR.  Looking for consistency.

  - o   GDPR support and protections extend to outside counsel firms that use our Collaboration Portal to submit invoices and collaborate. ~~We cover the entire Spend Management ecosystem.~~
  - o   ~~As a tool of data warehousing and processing,~~ Passport 18.1 has been configured to satisfy the user acknowledgement, data management, and data security requirements of GDPR.

> **Commented [LW12]:** Not sure I understand this reference to 18.1?

> **Commented [LW13]:** Configured?  Is this the right word?

    - ▪   Administrators can create multiple acknowledgements, schedule them date-specific, and view accepted acknowledgements.
    - ▪   Accepted acknowledgements become non-editable to the user, while administrator can deactivate, reactive or change the acknowledgement schedule.

<u>Performance</u>
- • Reduce performance degradation. Improve efficiency and productivity.
  - o   With the release of 18.1, Passport updates are 50% faster.

> **Commented [LW14]:** Suggest to state the first piece of info in more positive terms – Improved performance. More reliability and stability ?

  - o   System updates are quicker, faster, and stronger across all browsers. Upticks have ranged from 15-30%.
  - o   Our upgrading to Java 8 has led to significant improvement in application performance.

> **Commented [LW15]:** Please check with Jared Hostmeyer on this info -

Confidential

D000209

EX. 37

**From:** "Weremeichik, Lisa" <Lisa.Weremeichik@wolterskluwer.com>
**Date:** Wednesday, October 24, 2018 at 1:52 PM
**To:** "Ader, Barry" <Barry.Ader@wolterskluwer.com>, "Sekley-Dandrea, Karen" <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Legal Hold Sales Enablement Materials for Passport & T360: Live on SharePoint

Hi Barry — these aren't the final slides — I can tell there are things missing including a visual up front that we added.   I've got a message into Dustin.

**From:** Weremeichik, Lisa
**Sent:** Wednesday, October 24, 2018 1:46 PM
**To:** Ader, Barry <Barry.Ader@wolterskluwer.com>; Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Legal Hold Sales Enablement Materials for Passport & T360: Live on SharePoint

Hi Barry,

I'll speak with Dustin on this — not sure why those were in there.    This is not the best example of a customer facing deck and I've provided Dustin a lot of feedback on this — we really needed to get something out  - short of actually doing the presentation myself.    I hope you understand — sales deck optimization is something I am trying to instill with the team.

**From:** Ader, Barry
**Sent:** Wednesday, October 24, 2018 1:30 PM
**To:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>; Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>
**Subject:** RE: Legal Hold Sales Enablement Materials for Passport & T360: Live on SharePoint

Btw — in addition I noticed a lack of consistency on hold vs holds and I also saw a T360 slide in the Passport deck

**From:** Ader, Barry
**Sent:** Wednesday, October 24, 2018 1:28 PM

D000067

**To:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>; Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>
**Subject:** FW: Legal Hold Sales Enablement Materials for Passport & T360: Live on SharePoint

Is this typical of our customer facing presentation
I'm not sure I am getting the slides

**From:** Suri, Dustin
**Sent:** Saturday, October 20, 2018 12:24 AM
**To:** ELM_DL_MKTG_Product_Management
<ELM_DL_MKTG_Product_Management@wolterskluwer.com>;
ELM_DL_MKTG_Product_Operations <ELM_DL_MKTG_Product_Operations@wolterskluwer.com>;
ELM_DL_Sales_AccountManagement <ELM_DL_Sales_AccountManagement@wolterskluwer.com>
**Subject:** Legal Hold Sales Enablement Materials for Passport & T360: Live on SharePoint

Hi All:

As way of an update, our customer facing presentation and product slick for our newly launched Legal Holds 1.0 module is now live on SharePoint.  You can find both of these tools available for both Passport and T360.  Please note that we will be adding the Legal Holds module to the website next week on the same page as the other modules that currently exist.

Please feel free to reach out with any additional questions.  Thank you,

Legal Holds Sales Enablement Materials for Passport

Legal Holds Sales Enablement Materials for T360

Regards,


Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions

20 Church Street

14th Floor

Hartford, CT 06103

T: 860-240-9032

dustin.suri@wolterskluwer.com



www.wkelmsolutions.com
www.wolterskluwer.com

D000069

EX. 38

**From:** Weremeichik, Lisa
**Sent:** Thursday, January 3, 2019 3:56 PM
**To:** Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Subject:** RE: Managed Services Messaging

Dustin,

There are many other areas of the feedback that I expect that you should be able to work on independently and move forward on. I've been asking for the managed services messaging since October – we are now in January, and unfortunately what you have delivered to date needs work. I've been very flexible with you on dates and deliverables for this on multiple occasions.

The examples you provide below are items that can be handled separately when you can get time with the team. I appreciate you working on this and sending over version 3 of the messaging document by 3pm on Monday.

Thanks,

Lisa

**From:** Suri, Dustin
**Sent:** Thursday, January 3, 2019 3:36 PM
**To:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>
**Subject:** RE: Managed Services Messaging

Hi Lisa,

I have attempted to schedule time with Ziggy and Matt and both are not available.

Several of your suggested changes in the messaging are not just quick fixes and are larger changes that involve more of a discussion – i.e. what will we name the program? What are we calling the solution providers? So, these are not just easy changes that I can make in the document.

I do also have to state that I have been feeling a bit uneasy about the delivery of your *push* on this with me since before the Holidays. I did want to discuss this with you on the call today but we did not have a chance.

Thanks,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions

20 Church Street

14th Floor

Hartford, CT 06103

T: 860-240-9032

D000064

dustin.suri@wolterskluwer.com

www.wkelmsolutions.com
www.wolterskluwer.com

**From:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>
**Sent:** Thursday, January 3, 2019 2:00 PM
**To:** Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Subject:** RE: Managed Services Messaging

Hi Dustin,

We need to keep this on track for Jan 7th. I appreciate that you want to discuss with Ziggy and Matt, however, you should be able to incorporate updates based on my feedback. I believe Ziggy is back in the office so if you wanted to connect with him you might be able to get some time prior. Part of the readiness meeting with Karen on Monday includes the messaging.

Thanks,
Lisa

**From:** Suri, Dustin
**Sent:** Thursday, January 3, 2019 1:55 PM
**To:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>
**Cc:** Suri, Dustin <Dustin.Suri@wolterskluwer.com>
**Subject:** Managed Services Messaging

Hi Lisa,

Just wanted to give you an update re Managed Services Messaging. Since you shared your feedback during the Holiday, I wanted to get with Matt and Ziggy to discuss some of your comments as they provided guidance for the messaging. Neither of them are available to meet until Monday of next week. I will therefore not be able to have the next round back for you on Monday, the 7th of January. I also know that we have a meeting with Karen on Monday the 7th as well to discuss Launch Readiness that will surely need to be handled through the week of the 7th and can be delivered the following Monday, bearing any un-foreseen elements that pop-up.

Thank you,

Dustin Suri
Sr. Product Marketing Manager, Growth Solutions
ELM Solutions

20 Church Street

14th Floor

Hartford, CT 06103

T: 860-240-9032

dustin.suri@wolterskluwer.com

www.wkelmsolutions.com
www.wolterskluwer.com

D000066

EX. 39

**From:** "Weremeichik, Lisa" <Lisa.Weremeichik@wolterskluwer.com>
**Date:** Wednesday, February 27, 2019 at 11:15 AM
**To:** "Ader, Barry" <Barry.Ader@wolterskluwer.com>, "Matthews, Lee"
<Lee.Matthews@wolterskluwer.com>
**Cc:** "Sekley-Dandrea, Karen" <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Industry News (February 1, 2019)

Hi Barry,

This was a project assigned to Dustin to take as the product marketing lead for this product, and
unfortunately what he produced isn't going to meet the need here.   It would need work to get
finalized and I'd need to re-jigger some work around to make time for it.    Let me know if you still
want us to pursue getting this done given the time lag here.

**From:** Ader, Barry <Barry.Ader@wolterskluwer.com>
**Sent:** Wednesday, February 27, 2019 9:44 AM
**To:** Matthews, Lee <Lee.Matthews@wolterskluwer.com>; Weremeichik, Lisa
<Lisa.Weremeichik@wolterskluwer.com>
**Cc:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Industry News (February 1, 2019)

**From:** Ader, Barry
**Sent:** Monday, February 11, 2019 8:18 AM
**To:** Matthews, Lee <Lee.Matthews@wolterskluwer.com>; Weremeichik, Lisa
<Lisa.Weremeichik@wolterskluwer.com>
**Cc:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Industry News (February 1, 2019)

Any news  on this?
Just saw an additional news story on Mitratech's solution that I will  forward

D000038

**From:** Matthews, Lee
**Sent:** Friday, February 01, 2019 5:35 PM
**To:** Ader, Barry <Barry.Ader@wolterskluwer.com>; Weremeichik, Lisa
<Lisa.Weremeichik@wolterskluwer.com>
**Cc:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Industry News (February 1, 2019)

Absolutely!

Lee C. Matthews
New Ventures Strategy Director

Wolters Kluwer
ELM Solutions
20 Church Street, 14th Floor
Hartford, CT  06103-3220

Phone:  860.240.9890 main
Email:   lee.matthews@wolterskluwer.com

**From:** Ader, Barry
**Sent:** Friday, February 01, 2019 5:19 PM
**To:** Matthews, Lee <Lee.Matthews@wolterskluwer.com>; Weremeichik, Lisa
<Lisa.Weremeichik@wolterskluwer.com>
**Cc:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Industry News (February 1, 2019)

Thanks

Would love to see a draft before it goes out

**From:** Matthews, Lee
**Sent:** Friday, February 01, 2019 5:07 PM
**To:** Ader, Barry <Barry.Ader@wolterskluwer.com>; Weremeichik, Lisa
<Lisa.Weremeichik@wolterskluwer.com>
**Cc:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** RE: Industry News (February 1, 2019)

Barry,

Lisa and discussed this as soon as we saw the Press Release earlier this week.  We planned to
collaborate on crafting a competitive response next week.  I'll be working closely with Dustin to

ensure he is fully versed in the current functionality and the product roadmap for Legal Holds; and, we will work on the messaging collectively.

Best,
Lee

Lee C. Matthews
New Ventures Strategy Director

Wolters Kluwer
ELM Solutions
20 Church Street, 14th Floor
Hartford, CT  06103-3220

Phone:  860.240.9890 main
Email:   lee.matthews@wolterskluwer.com

---

**From:** Ader, Barry
**Sent:** Friday, February 01, 2019 4:49 PM
**To:** Weremeichik, Lisa <Lisa.Weremeichik@wolterskluwer.com>; Matthews, Lee <Lee.Matthews@wolterskluwer.com>
**Cc:** Sekley-Dandrea, Karen <Karen.Sekley-Dandrea@wolterskluwer.com>
**Subject:** FW: Industry News (February 1, 2019)

Can we get a competitive positioning done for the salesforce on the Mitratech Legal Hold solution vs ours along with commentary on their announcement?